1  Jason A. Yurasek (State Bar No. 202131)
   JYurasek@perkinscoie.com
2  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
3  San Francisco, CA 94111-4131
   Telephone: 415.344.7000
4  Facsimile: 415.344.7050

5  Attorneys for Defendants
   Millennium Commercial Advisors, LLC, Alec
6  Wynne, and Justin Rayburn

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| iCORE GLOBAL, LLC, iCG-DENVER, LLC, and SAMANTHA MUETING,<br><br>Plaintiffs,<br><br>v.<br><br>MILLENNIUM COMMERCIAL ADVISORS, LLC, AVISON YOUNG (CANADA), INC., AVISON YOUNG (USA) INC., AVISON YOUNG – NORTHERN CALIFORNIA, LTD., ALEC WYNNE, and JUSTIN RAYBURN,<br><br>Defendants. | Case No. 3:14-cv-03393-EMC<br><br>**STIPULATION REGARDING DEFENDANTS' DEADLINE TO ANSWER OR RESPOND TO AMENDED COMPLAINT**; ORDER<br><br>Judge: Hon. Edward M. Chen |

Pursuant to Civil L.R. 6-1(a), Plaintiffs iCORE Global, LLC, iCG-Denver, LLC, and Samantha Mueting, through their counsel, Defendants Millennium Commercial Advisors, LLC, Alec Wynne, and Justin Rayburn, through their counsel, and Defendants Avison Young (Canada), Inc., Avison Young (USA), Inc., and Avison Young – Northern California, Ltd., through their counsel, respectfully stipulate that all defendants shall have up to and including October 31, 2014, to answer or otherwise respond to the Amended Complaint (Doc. 17).

1.    On September 11, 2014, Plaintiffs and Defendants Millennium Commercial Advisors, LLC, Alec Wynne, and Justin Rayburn stipulated to extend Millennium, Wynne, and

-1-

Rayburn's deadline to answer or otherwise respond to Plaintiffs' initial Complaint (Doc. 1) to October 10, 2014.

2. On September 11, 2014, after the above-described stipulation was agreed to but before it was filed, Plaintiffs filed an Amended Complaint (Doc. 17). The Amended Complaint added two additional defendants: Avison Young (USA), Inc. and Avison Young – Northern California, Ltd. None of the defendants have been served with the Amended Complaint.

3. Service will be effectuated promptly on all defendants by agreement or otherwise.

4. The parties stipulate that all defendants shall have up to and including October 31, 2014, to answer or otherwise respond to the Amended Complaint.

5. This extension will not alter the date of any event or any deadline already fixed by Court order.

6. The parties agree that defendants are not waiving any available defenses, arguments, or motions by entering into this stipulation.

WHEREFORE, by stipulation of the parties pursuant to Civil L.R. 6-1(a), all defendants shall have up to and including October 31, 2014, to answer or otherwise respond to the Amended Complaint.

| | | |
|---|---|---|
| 1 | DATED:  October 10, 2014 | **PERKINS COIE LLP** |
| 2 | | |
| 3 | | By: /s/ *Jason A. Yurasek* <br> Jason A. Yurasek, Bar No. 202131 <br> JYurasek@perkinscoie.com |
| 4 | | |
| 5 | | Attorneys for Defendants <br> MILLENNIUM COMMERCIAL ADVISORS, LLC, ALEC WYNNE, and JUSTIN RAYBURN |
| 6 | | |
| 7 | | |
| 8 | DATED:  October 10, 2014 | **GORDON & REES LLP** |
| 9 | | |
| 10 | | By: /s/ *Andrew D. Castricone* <br> Andrew D. Castricone <br> acastricone@gordonrees.com |
| 11 | | |
| 12 | | Attorneys for Defendants <br> AVISON YOUNG (CANADA), INC., AVISON YOUNG (USA) INC., AVISON YOUNG – NORTHERN CALIFORNIA, LTD. |
| 13 | | |
| 14 | | |
| 15 | DATED:  October 10, 2014 | **CARR & FERRELL LLP** |
| 16 | | |
| 17 | | By: /s/ *Robert J. Yorio* <br> Robert J. Yorio <br> yorio@carrferrell.com |
| 18 | | |
| 19 | | Attorneys for Plaintiffs <br> iCORE GLOBAL, LLC, iCG-DENVER, LLC, and SAMANTHA MUETING |

IT IS SO ORDERED.

_____
Edward M. Chen
U. S. District Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]

-3-

STIPULATION RE: DEFENDANTS' DEADLINE TO ANSWER OR RESPOND TO AMENDED COMPLAINT
Case No. 3:14-cv-03393-EMC

# CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2014, I served the foregoing document, entitled **STIPULATION REGARDING DEFENDANTS' DEADLINE TO ANSWER OR RESPOND TO AMENDED COMPLAINT** upon all parties in this matter via electronically filing the document with the Clerk of the Court using the CM/ECF system.

> Robert J. Yorio
> Carr & Ferrell LLP
> 120 Constitution Drive
> Menlo Park, CA 94025
> Telephone: 650-812-3400
> Facsimile:  650-812-3444
> Email:  yorio@carrferrell.com
>
> *Counsel for Plaintiffs*

DATED:  October 13, 2014                **PERKINS COIE LLP**

By: /s/ *Jason A. Yurasek*
    Jason A. Yurasek, Bar No. 202131

Attorney for Defendants Millennium Commercial Advisors, LLC, Alec Wynne, and Justin Rayburn

-4-

STIPULATION RE: DEFENDANTS' DEADLINE TO ANSWER OR RESPOND TO AMENDED COMPLAINT
Case No. 3:14-cv-03393-EMC

## CERTIFICATE OF SERVICE BY U.S. MAIL

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Four Embarcadero Center, Suite 2400, San Francisco, CA 94111-4131. On October 13, 2014, I served a copy of the within document(s):

**STIPULATION REGARDING DEFENDANTS' DEADLINE TO ANSWER OR RESPOND TO AMENDED COMPLAINT**

[x] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

| | |
|---|---|
| Andrew D. Castricone<br>Gordon & Fees LLP<br>275 Battery Street, Suite 2000<br>San Francisco, CA  94111<br>Telephone: (415) 986-5900<br>Email: acastricone@gordonrees.com<br><br>*Counsel for Defendants*<br>Avison Young (Canada), Inc.,<br>Avison Young (USA) Inc., Avison Young –<br>Northern California, Ltd. | Steve A. Bryant<br>Law Offices of Steve A. Bryant, PC<br>3243 Canterbury Lane<br>Montgomery, TX  77356<br>Telephone:  (713) 526-7474<br>Email:  sab@sabryant.com<br><br>*Counsel for Plaintiffs* |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 13, 2014, at San Francisco, California.

_____
Anna Lee