ROBERT J. YORIO (SBN 93178)
BRYAN J. BOYLE (SBN 253725)
MARCUS H. YANG (SBN 273509)
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, California 94025
Telephone: (650) 812-3400
Facsimile:  (650) 812-3444
Email Address:  yorio@carrferrell.com
Email Address:  myang@carrferrell.com

Attorneys for Plaintiffs
iCORE GLOBAL, LLC, iCG-DENVER, LLC,
and SAMANTHA MUETING


JASON A. YURASEK (SBN 202131)
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone No.:  (415) 344-7000
Facsimile No.:  (415) 344-7050
Email Address:  JYurasek@perkinscoie.com

Attorneys for Defendants
Millennium Commercial Advisors, LLC,
Alec Wynne, and Justin Rayburn

Andrew D. Castricone (SBN 154607)
Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Email Address:  acastricone@gordonrees.com

Attorneys for Defendants
Avison Young (Canada), Inc., Avison Young
(USA), Inc., Avison Young - Northern
California, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| iCORE GLOBAL, LLC, iCG-DENVER, LLC, and SAMANTHA MUETING,<br><br>Plaintiffs,<br><br>v.<br><br>MILLENNIUM COMMERCIAL ADVISORS, LLC, AVISON YOUNG (CANADA) INC., AVISON YOUNG (USA) INC., AVISON YOUNG – NORTHERN CALIFORNIA, LTD., ALEC WYNNE, and JUSTIN RAYBURN,<br><br>Defendants. | CASE NO. 3:14-cv-03393-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR LEAVE FOR PLAINTIFFS TO FILE AND SERVE A SECOND AMENDED COMPLAINT** |

1 Pursuant to Federal Rule of Civil Procedure 6 and Local Rule 6, Plaintiffs iCORE Global, LLC ("iCORE"), iCG-Denver, LLC ("iCG-Denver") and Samantha Mueting (collectively, "Plaintiffs") and Defendants Millennium Commercial Advisors, LLC ("Millennium"), Avison Young (Canada) Inc. ("Avison Young (Canada)"), Avison Young (USA) Inc. ("Avison Young (USA)"), Avison Young – Northern California, Ltd. ("Avison Young – Northern California"), Alec Wynne ("Wynne"), and Justin Rayburn ("Rayburn") (collectively, "Defendants"), hereby stipulate as follows:

WHEREAS:

1. Defendants Avison Young (Canada), Avison Young (USA), and Avison Young – Northern California filed a Motion to Dismiss on October 31, 2014 ("Motion to Dismiss"), and a hearing was set initially for December 11, 2014 at 1:30 pm in Courtroom 5, 17th Floor, San Francisco. (Dkt. No. 30).

2. Defendants Millennium, Wynne, and Rayburn filed a Motion to Stay on October 31, 2014 ("Motion to Stay"), and a hearing was set initially for December 11, 2014 at 1:30 pm in Courtroom 5, 17th Floor, San Francisco. (Dkt. No. 33).

3. The initial deadline for Plaintiffs to respond to both the Motion to Dismiss and the Motion to Stay was November 14, 2014. On November 17, 2014, the Court granted a joint stipulation to reset the response date to November 24, 2014. (Dkt. No. 38). The Court also reset subsequent deadlines as follows:

   a. December 11, 2014 - deadline for Defendants Avison Young (Canada), Avison Young (USA), and Avison Young – Northern California to reply to Plaintiffs' response to the Motion to Dismiss (10 day extension).

   b. December 11, 2014 - deadline for Defendants Millennium, Wynne, and Rayburn to reply to Plaintiffs' response to the Motion to Stay (10 day extension).

   c. January 15, 2015 at 1:30 pm - hearing for both the Motion to Dismiss and the Motion to Stay in Courtroom 5, 17th Floor, San Francisco.

         d.      January 29, 2015 at 9:30 AM, Courtroom 5, 17th Floor, San Francisco – Case Management Conference.

4.      In lieu of responding to the Motion to Dismiss, Defendants have agreed to a proposal by Plaintiffs to file and serve a Second Amended Complaint ("SAC") by December 19, 2014. Defendants Avison Young (Canada), Avison Young (USA), and Avison Young – Northern California will no longer be required to file a reply by December 11, 2014.

5.      Defendants will respond to the SAC within 21 days after service of the SAC.

6.      Plaintiffs also agree that the SAC will no longer name iCG-Denver as a plaintiff, and will therefore not name iCG-Denver as a plaintiff in this case.

7.      The current briefing schedule regarding the Motion to Stay will be maintained:

         a.      December 11, 2014 - deadline for Defendants Millennium, Wynne, and Rayburn to reply to Plaintiffs' response to the Motion to Stay.

         b.      January 15, 2015 at 1:30 pm - hearing the Motion to Stay in Courtroom 5, 17th Floor, San Francisco.

8.      No other requests for continuances have been made as to Plaintiffs' responses to the Motion to Dismiss and the Motion to Stay, Defendants' replies to Plaintiffs' responses, or the hearing date for either motion, except as set forth herein.

9.      The parties agree that Plaintiffs and Defendants are not waiving any available defenses, arguments, or motions by entering into this stipulation.

IT IS SO STIPULATED.

Dated: November 24, 2014                        CARR & FERRELL LLP

                                                  By    /s/ Robert J. Yorio
                                                       ROBERT J. YORIO
                                                       BRYAN J. BOYLE
                                                       MARCUS H. YANG

                                              Attorneys for Plaintiffs
                                              iCORE GLOBAL, LLC, iCG-DENVER, LLC,
                                              and SAMANTHA MUETING

| | |
|---|---|
| Dated: November 24, 2014 | GORDON & REES LLP |
| | By   /s/Andrew D. Castricone<br>         Andrew D. Castricone |
| | Attorneys for Defendants<br>AVISON YOUNG (CANADA), INC., AVISON YOUNG (USA), INC., and AVISON YOUNG - NORTHERN CALIFORNIA, LTD. |
| Dated: November 24, 2014 | PERKINS COIE, LLP |
| | By   /s/Jason A. Yurasek<br>         Jason A. Yurasek |
| | Attorneys for Defendants<br>MILLENNIUM COMMERCIAL ADVISORS, LLC, ALEC WYNNE, AND JUSTIN RAYBURN |

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories.

By   /s/ Robert J. Yorio

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/26/14

Honorable Edward M. Chen
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

-4-

JOINT STIPULATION AND [PROPOSED] ORDER FOR LEAVE FOR PLAINTIFFS TO FILE AND SERVE ITS SECOND AMENDED COMPLAINT - CASE NO. 3:14-CV-03393-EMC