ANDREW D. CASTRICONE (SBN 154607)
acastricone@gordonrees.com
KIRSTEN MCNELLY BIBBES (SBN 276308)
kbibbes@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants AVISON YOUNG (CANADA) INC.;
AVISON YOUNG (USA) INC.; and AVISON YOUNG –
NORTHERN CALIFORNIA, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| iCORE GLOBAL, LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>MILLENNIUM COMMERCIAL ADVISORS, LLC, et al.,<br><br>　　　　　Defendants. | CASE NO. 14-cv-03393-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONE TO SECOND AMENDED COMPLAINT PENDING HEARING ON MOTION TO STAY**<br><br>Complaint filed: July 25, 2014 |

Pursuant to Federal Rule of Civil Procedure 6 and Local Rule 6, Plaintiffs iCORE Global, LLC and Samantha Mueting ("Plaintiffs"), and Defendants Millennium Commercial Advisors, LLC, Avison Young (Canada) Inc., Avison Young (USA), Inc., Avison Young – Northern California, Ltd., Alec Wynne and Justin Rayburn (collectively, "Defendants") stipulate:

WHEREAS:

On November 26, 2014 this Court granted leave for Plaintiffs to file a Second Amended Complaint, and requiring Defendants to submit a first responsive pleading within 21 days of the Second Amended Complaint's filing;

The Second Amended Complaint was filed on December 19, 2014. As a result

-1-

1  Defendants' first responsive pleading is due no later than January 9, 2015;

2  Defendants Millennium Commercial Advisors, LLC, Alec Wynne and Justin Rayburn
3  filed a Motion for Stay or in the Alternative, to Compel Arbitration ("Motion for Stay"),
4  scheduled to be heard January 15, 2015.  Should the Motion for Stay be granted, Defendants'
5  response to the Second Amended Complaint need not be filed until such time as the stay is lifted;

6  In light of the Motion for Stay, the parties have agreed to a three week extension of
7  Defendants' deadline to file a first responsive pleading to the Second Amended Complaint,
8  through January 30, 2015;

9  The parties agree that plaintiffs and defendants are not waiving any available defenses,
10 arguments or motions by entering into this stipulation.

11 IT IS SO STIPULATED.

13 Dated:  January 6, 2015                GORDON & REES LLP

15                                         By ___/s/ Kirsten McNelly Bibbes___
                                              Andrew D. Castricone
16                                            Kirsten McNelly Bibbes
                                           Attorneys for Defendants
17                                         AVISON YOUNG (CANADA) INC.;
                                           AVISON YOUNG (USA) INC.; and AVISON
18                                         YOUNG – NORTHERN CALIFORNIA, LTD.

20 Dated:  January 6, 2015                CARR & FERRELL LLP

22                                         By  /s/ Robert J. Yorio
                                              Robert J. Yorio
23                                            Marcus H. Yang
                                           Attorneys for Plaintiffs
24                                         iCORE GLOBAL, LLC and
                                           SAMANTHA MUETING

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

-2-
JOINT STIPULATION AND [PROPOSED] ORDER RE:                              Case No. 14-cv-03393-EMC
RESPONSE TO SECOND AMENDED COMPLAINT PENDING MOTION FOR STAY

Dated: January 6, 2015                              PERKINS COIE, LLP


                                                    By /s/ David P. Chiappetta
                                                       David P. Chiappetta
                                                    Attorneys for Defendants
                                                    MILLENNIUM COMMERCIAL ADVISORS,
                                                    LLC, ALEC WYNNE, AND JUSTIN RAYBURN

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), the undersigned filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: January 6, 2015                              GORDON & REES LLP


                                                    By /s/ Kirsten McNelly Bibbes
                                                       Andrew D. Castricone
                                                       Kirsten McNelly Bibbes
                                                    Attorneys for Defendants
                                                    AVISON YOUNG (CANADA) INC.;
                                                    AVISON YOUNG (USA) INC.; and
                                                    AVISON YOUNG – NORTHERN
                                                    CALIFORNIA, LTD.

### [P~~ROPO~~SED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/9/15

                                                    _____
                                                    Honorable _____
                                                    UNITED STATES DISTRICT COURT JUDGE

*[Stamp: IT IS SO ORDERED / Judge Edward M. Chen / United States District Court, Northern District of California]*

1099606/21780773v.1

-3-

JOINT STIPULATION AND [PROPOSED] ORDER RE:                              Case No. 14-cv-03393-EMC
RESPONSE TO SECOND AMENDED COMPLAINT PENDING MOTION FOR STAY

*Gordon & Rees LLP, 275 Battery Street, Suite 2000, San Francisco, CA 94111*