1   ROBERT J. YORIO (SBN 93178)
    BRYAN J. BOYLE (SBN 253725)
2   MARCUS H. YANG (SBN 273509)
    CARR & FERRELL LLP
3   120 Constitution Drive
    Menlo Park, California 94025
4   Telephone: (650) 812-3400
    Facsimile: (650) 812-3444
5   Email Address: yorio@carrferrell.com
    Email Address: myang@carrferrell.com
6
    Attorneys for Plaintiffs
7   iCORE GLOBAL, LLC, and SAMANTHA
    MUETING
8

9   DAVID P. CHIAPPETTA (SBN 172099)
    PERKINS COIE LLP
10  Four Embarcadero Center, Suite 2400
    San Francisco, CA  94111-4131
11  Telephone:  415.344.7000
    Facsimile:  415.344.7050
12  Email Address: DChiappetta@perkinscoie.com

13  Attorneys for Defendants
    MILLENNIUM COMMERCIAL ADVISORS,
14  LLC, ALEC WYNNE, and JUSTIN RAYBURN

ANDREW D. CASTRICONE (SBN 154607)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Email Address:  acastricone@gordonrees.com

Attorneys for Defendants
AVISON YOUNG (CANADA), INC., AVISON
YOUNG (USA), INC., AVISON YOUNG -
NORTHERN CALIFORNIA, LTD

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17              SAN FRANCISCO DIVISION

18

19  iCORE GLOBAL, LLC, LLC, and
    SAMANTHA MUETING,

20                     Plaintiffs,

21          v.

22  MILLENNIUM COMMERCIAL
    ADVISORS, LLC, AVISON YOUNG
23  (CANADA) INC., AVISON YOUNG
    (USA) INC., AVISON YOUNG –
24  NORTHERN CALIFORNIA, LTD.,
    ALEC WYNNE, and JUSTIN RAYBURN,
25
                       Defendants.
26

CASE NO. 3:14-cv-03393-EMC

**JOINT STIPULATION AND [PROPOSED]
ORDER TO RESET CASE MANAGEMENT
CONFERENCE HEARING**

27

28

Pursuant to Federal Rule of Civil Procedure 6 and Local Rules 6-2 and 7-12, Plaintiffs iCORE Global, LLC ("iCORE") and Samantha Mueting (collectively, "Plaintiffs") and Defendants Millennium Commercial Advisors, LLC ("Millennium"), Avison Young (Canada) Inc. ("Avison Young (Canada)"), Avison Young (USA) Inc. ("Avison Young (USA)"), Avison Young – Northern California, Ltd. ("Avison Young – Northern California"), Alec Wynne ("Wynne"), and Justin Rayburn ("Rayburn") (collectively, "Defendants"), hereby stipulate as follows:

WHEREAS:

1.      Defendants Avison Young (Canada), Avison Young (USA), and Avison Young – Northern California filed a Motion to Dismiss on October 31, 2014 ("Motion to Dismiss"), and a hearing was set initially for December 11, 2014 at 1:30 pm in Courtroom 5, 17th Floor, San Francisco.  (Dkt. No. 30).

2.      Defendants Millennium, Wynne, and Rayburn filed a Motion to Stay on October 31, 2014 ("Motion to Stay"), and a hearing was set initially for December 11, 2014 at 1:30 pm in Courtroom 5, 17th Floor, San Francisco.  (Dkt. No. 33).

3.      The initial deadline for Plaintiffs to respond to both the Motion to Dismiss and the Motion to Stay was November 14, 2014.  On November 17, 2014, the Court granted a joint stipulation to reset the response date to November 24, 2014.  (Dkt. No. 38).  The Court also reset subsequent deadlines as follows:

    a.      December 11, 2014 - deadline for Defendants Avison Young (Canada), Avison Young (USA), and Avison Young – Northern California to reply to Plaintiffs' response to the Motion to Dismiss (10 day extension).

    b.      December 11, 2014 - deadline for Defendants Millennium, Wynne, and Rayburn to reply to Plaintiffs' response to the Motion to Stay (10 day extension).

    c.      January 15, 2015 at 1:30 pm - hearing for both the Motion to Dismiss and the Motion to Stay in Courtroom 5, 17th Floor, San Francisco.

    d.      January 29, 2015 at 9:30 AM, Courtroom 5, 17th Floor, San Francisco – Case Management Conference.

-2-

4.      In lieu of responding to the Motion to Dismiss, Defendants agreed to a proposal by Plaintiffs to file and serve a Second Amended Complaint ("SAC") by December 19, 2014. Defendants Avison Young (Canada), Avison Young (USA), and Avison Young – Northern California were no longer required to file a reply by December 11, 2014.

5.      Defendants responded to the SAC on January 9, 2015.

6.      Defendants filed their reply to their Motion to Stay on December 11, 2014.

7.      The Court reset the Case Management Conference from January 29, 2015 to February 26, 2015 on January 12, 2015.

8.      The Court granted Defendants' Motion to Stay ("Order on the Motion to Stay") on January 14, 2015 pending the Colorado trial court issuing an order on the question of the enforceability of the forum selection clauses in the iCORE contracts.  (Dkt. No. 050).

9.      On January 15, 2015, the Court reset the Case Management Conference from February 26, 2015 to June 11, 2015.  The Joint Case Management Statement is due by June 4, 2015.  (Dkt. No. 51.)

10.      Pursuant to the Court's Order on the Motion to Stay, the Parties have met and conferred and set August 31, 2015 for the exchange of initial disclosures.

11.      As the Colorado trial court proceeding is still pending, the Parties hereby stipulate to resetting (1) the date of the June 11, 2015 Case Management Conference, and (2) the June 4, 2015 deadline for filing the Joint Case Management Statement, and extending those dates for at least an additional ninety days, subject to the Court's approval.

12.      Resetting the date of the Case Management Conference and the deadline for the Joint Case Management Statement will not have an adverse effect on the case schedule as the case is currently stayed.

13.      The parties agree that Plaintiffs and Defendants are not waiving any available defenses, arguments, or motions by entering into this stipulation.

1    IT IS SO STIPULATED.

2

3    Dated: June 3, 2015                CARR & FERRELL LLP

4

5                                       By _____/s/ Robert J. Yorio_____
                                             ROBERT J. YORIO
6                                            BRYAN J. BOYLE
                                             MARCUS H. YANG
7

8    Attorneys for Plaintiffs
                                       iCORE GLOBAL, LLC, and SAMANTHA
9                                      MUETING

10

11   Dated: June 3, 2015                GORDON & REES LLP

12

13                                      By _____/s/ Andrew D. Castricone_____
                                             Andrew D. Castricone

14

15   Attorneys for Defendants
                                       AVISON YOUNG (CANADA), INC., AVISON
                                       YOUNG (USA), INC., and AVISON YOUNG -
16                                     NORTHERN CALIFORNIA, LTD.

17

18   Dated: June 3, 2015                PERKINS COIE, LLP

19

20                                      By _____/s/ David P. Chiappetta_____
                                             David P. Chiappetta

21

22   Attorneys for Defendants
                                       MILLENNIUM COMMERCIAL ADVISORS,
                                       LLC, ALEC WYNNE, AND JUSTIN
23                                     RAYBURN

24

25

26

27

28

-4-

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories.

By _____ /s/ Robert J. Yorio _____

JOINT STIPULATION AND [PROPOSED] ORDER TO RESET CASE MANAGEMENT CONFERENCE
HEARING - CASE NO. 3:14-CV-03393-EMC

1

2
**[PROPOSED] ORDER**

3
PURSUANT TO STIPULATION, THE CASE MANAGEMENT CONFERENCE IS

4
RESET FROM JUNE 11, 2015 TO _____October 22_____, 2015.  THE JOINT CASE

5
MANAGEMENT STATEMENT WILL BE DUE BY _____Oct. 15____, 2015.  IT IS SO ORDERED.

6

7

8
Dated: _____June 8, 2015_____

9
_____

Honorable Edward M. Chen

10
UNITED STATES DISTRICT COURT JUDGE

11

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-