1  ROBERT J. YORIO (SBN 93178)
   BRYAN J. BOYLE (SBN 253725)
2  MARCUS H. YANG (SBN 273509)
   CARR & FERRELL LLP
3  120 Constitution Drive
   Menlo Park, California 94025
4  Telephone: (650) 812-3400
   Facsimile:  (650) 812-3444
5  Email Address:  yorio@carrferrell.com
   Email Address:  myang@carrferrell.com
6
   Attorneys for Plaintiffs
7  iCORE GLOBAL, LLC, iCG-DENVER, LLC,
   and SAMANTHA MUETING
8

ANDREW D. CASTRICONE (SBN 154607)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Email Address:  acastricone@gordonrees.com

Attorneys for Defendants
Avison Young (Canada), Inc., Avison Young
(USA), Inc., Avison Young - Northern
California, Ltd.

9  DAVID P. CHIAPPETTA (SBN 172099)
   PERKINS COIE LLP
10 505 Howard Street, Suite 1000
   San Francisco, CA 94105
11 Telephone No.:  (415) 344-7000
   Facsimile No.:  (415) 344-7050
12 Email Address:  DChiappetta@perkinscoie.com
13 Attorneys for Defendants
   Millennium Commercial Advisors, LLC,
14 Alec Wynne, and Justin Rayburn

15              UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA

17                SAN FRANCISCO DIVISION

18
   iCORE GLOBAL, LLC, and SAMANTHA          CASE NO. 3:14-cv-03393-EMC
19 MUETING,
                                            **JOINT STIPULATION AND [PROPOSED]**
20              Plaintiffs,                 **ORDER TO RESET CASE MANAGEMENT**
                                            **CONFERENCE HEARING**
21       v.

22 MILLENNIUM COMMERCIAL
   ADVISORS, LLC, AVISON YOUNG
23 (CANADA) INC., AVISON YOUNG
   (USA) INC., AVISON YOUNG –
24 NORTHERN CALIFORNIA, LTD.,
   ALEC WYNNE, and JUSTIN RAYBURN,
25
                Defendants.
26

27

28

-1-

1    Pursuant to Federal Rule of Civil Procedure 6 and Local Rules 6-1, 6-2 and 7-12, Plaintiffs

2    iCORE Global, LLC ("iCORE") and Samantha Mueting (collectively, "Plaintiffs") and Defendants

3    Millennium Commercial Advisors, LLC ("Millennium"), Avison Young (Canada) Inc. ("Avison

4    Young (Canada)"), Avison Young (USA) Inc. ("Avison Young (USA)"), Avison Young – Northern

5    California, Ltd. ("Avison Young – Northern California"), Alec Wynne ("Wynne"), and Justin

6    Rayburn ("Rayburn") (collectively, "Defendants"), hereby stipulate as follows:

7    WHEREAS:

8    1.    Defendants Avison Young (Canada), Avison Young (USA), and Avison Young –

9    Northern California filed a Motion to Dismiss on October 31, 2014 ("Motion to Dismiss"), and a

10   hearing was set initially for December 11, 2014 at 1:30 pm in Courtroom 5, 17th Floor, San

11   Francisco.  (Dkt. No. 30).

12   2.    Defendants Millennium, Wynne, and Rayburn filed a Motion to Stay on October 31,

13   2014 ("Motion to Stay"), and a hearing was set initially for December 11, 2014 at 1:30 pm in

14   Courtroom 5, 17th Floor, San Francisco.  (Dkt. No. 33).

15   3.    The initial deadline for Plaintiffs to respond to both the Motion to Dismiss and the

16   Motion to Stay was November 14, 2014.   On November 17, 2014, the Court granted a joint

17   stipulation to reset the response date to November 24, 2014.  (Dkt. No. 38).  The Court also reset

18   subsequent deadlines as follows:

19           a.    December 11, 2014 - deadline for Defendants Avison Young (Canada), Avison

20                   Young (USA), and Avison Young – Northern California to reply to Plaintiffs'

21                   response to the Motion to Dismiss (10 day extension).

22           b.    December 11, 2014 - deadline for Defendants Millennium, Wynne, and

23                   Rayburn to reply to Plaintiffs' response to the Motion to Stay (10 day

24                   extension).

25           c.    January 15, 2015 at 1:30 pm - hearing for both the Motion to Dismiss and the

26                   Motion to Stay in Courtroom 5, 17th Floor, San Francisco.

27           d.    January 29, 2015 at 9:30 AM, Courtroom 5, 17th Floor, San Francisco – Case

28                   Management Conference.

JOINT STIPULATION AND [PROPOSED] ORDER TO RESET CASE MANAGEMENT CONFERENCE HEARING -
CASE NO. 3:14-CV-03393-EMC

4.     In lieu of responding to the Motion to Dismiss, Defendants agreed to a proposal by Plaintiffs to file and serve a Second Amended Complaint ("SAC") by December 19, 2014. Defendants Avison Young (Canada), Avison Young (USA), and Avison Young – Northern California were no longer required to file a reply by December 11, 2014.

5.     Defendants responded to the SAC on January 9, 2015.

6.     Defendants filed their reply to their Motion to Stay on December 11, 2014.

7.     The Court reset the Case Management Conference from January 29, 2015 to February 26, 2015 on January 12, 2015.

8.     The Court granted Defendants' Motion to Stay ("Order on the Motion to Stay") on January 14, 2015 pending the Colorado trial court issuing an order on the question of the enforceability of the forum selection clauses in the iCORE contracts.  (Dkt. No. 50).

9.     On January 15, 2015, the Court reset the Case Management Conference from February 26, 2015 to June 11, 2015.

10.     On June 8, 2015, the Court reset the Case Management Conference for October 22, 2015.  (Dkt. No. 53.)

11.     On September 2, 2015, the Court reset the Case Management Conference for November 9, 2015.  (Dkt. No. 56)

12.     On September 23, 2015, a status conference was held in the Colorado state court case. The state court scheduled an evidentiary hearing regarding the remanded issue for November 24, 2015.  The parties are to submit written argument following the hearing after which the Colorado state court will decide the remanded issue.

13.     The Parties met and conferred on October 14, 2015.  In light of the recent actions of the Colorado state court addressing the remanded issue, the Parties hereby stipulate to resetting the date of the November 9, 2015 Case Management Conference and extending that date for at least another ninety days, subject to the Court's approval.

14.     Resetting the date of the Case Management Conference will not have an adverse effect on the case schedule as the case is currently stayed.

-3-

1    15.    The parties agree that Plaintiffs and Defendants are not waiving any available

2  defenses, arguments, or motions by entering into this stipulation.

3    IT IS SO STIPULATED.

4

5  Dated: October 23, 2015                          CARR & FERRELL LLP

6

7                                                    By _____/s/ Robert J. Yorio_____

8                                                         Robert J. Yorio
                                                          Bryan J. Boyle
                                                          Marcus H. Yang

9
                                                    Attorneys for Plaintiffs
10                                                  iCORE GLOBAL, LLC, and

11                                                  SAMANTHA MUETING

12

13  Dated: October 23, 2015                         GORDON & REES LLP

14

                                                    By _____/s/ Andrew D. Castricone_____
15                                                       Andrew D. Castricone

16                                                  Attorneys for Defendants
17                                                  AVISON YOUNG (CANADA), INC., AVISON
                                                    YOUNG (USA), INC., and AVISON YOUNG -
18                                                  NORTHERN CALIFORNIA, LTD.

19

20  Dated: October 23, 2015                         PERKINS COIE, LLP

21

22                                                  By _____/s/ David P. Chiappetta_____
                                                         David P. Chiappetta
23

24                                                  Attorneys for Defendants
                                                    MILLENNIUM COMMERCIAL ADVISORS,
                                                    LLC, ALEC WYNNE, AND
25                                                  JUSTIN RAYBURN

26

27

28

-4-

1

**SIGNATURE ATTESTATION**

2

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer of this document attests that

3

concurrence in the filing of this document has been obtained from each of the other signatories.

4

5

By _____/s/ Robert J. Yorio_____

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-5-

1

2

**[PROPOSED] ORDER**

3

    PURSUANT TO STIPULATION, THE CASE MANAGEMENT CONFERENCE IS

4

February 11, 2016

RESET FROM NOVEMBER 9, 2015 TO_____.

5

6

    IT IS SO ORDERED.

7

8

10/23/15

Dated: _____

9

Honorable _____ ____ COURT JUDGE

10

IT IS SO ORDERED

11

Judge Edward M. Chen

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-