| | |
|---|---|
| ROBERT J. YORIO (SBN 93178) | ANDREW D. CASTRICONE (SBN 154607) |
| BRYAN J. BOYLE (SBN 253725) | GORDON & REES LLP |
| CARR & FERRELL LLP | 275 Battery Street, Suite 2000 |
| 120 Constitution Drive | San Francisco, CA 94111 |
| Menlo Park, California 94025 | Email Address: acastricone@gordonrees.com |
| Telephone: (650) 812-3400 | |
| Facsimile: (650) 812-3444 | Attorneys for Defendants |
| Email Address: yorio@carrferrell.com | Avison Young (Canada), Inc., Avison Young |
| Email Address: bboyle@carrferrell.com | (USA), Inc., Avison Young - Northern California, Ltd. |

Attorneys for Plaintiffs
iCORE GLOBAL, LLC, iCG-DENVER, LLC,
and SAMANTHA MUETING

DAVID P. CHIAPPETTA (SBN 172099)
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone No.: (415) 344-7000
Facsimile No.: (415) 344-7050
Email Address: DChiappetta@perkinscoie.com

Attorneys for Defendants
Millennium Commercial Advisors, LLC,
Alec Wynne, and Justin Rayburn

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| iCORE GLOBAL, LLC, and SAMANTHA MUETING, | CASE NO. 3:14-cv-03393-EMC |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER TO RESET CASE MANAGEMENT CONFERENCE HEARING** |
| v. | |
| MILLENNIUM COMMERCIAL ADVISORS, LLC, AVISON YOUNG (CANADA) INC., AVISON YOUNG (USA) INC., AVISON YOUNG – NORTHERN CALIFORNIA, LTD., ALEC WYNNE, and JUSTIN RAYBURN, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 6 and Local Rules 6-1, 6-2 and 7-12, Plaintiffs iCORE Global, LLC ("iCORE") and Samantha Mueting (collectively, "Plaintiffs") and Defendants Millennium Commercial Advisors, LLC ("Millennium"), Avison Young (Canada) Inc. ("Avison Young (Canada)"), Avison Young (USA) Inc. ("Avison Young (USA)"), Avison Young – Northern California, Ltd. ("Avison Young – Northern California"), Alec Wynne ("Wynne"), and Justin Rayburn ("Rayburn") (collectively, "Defendants"), hereby stipulate as follows:

WHEREAS:

1. Defendants Avison Young (Canada), Avison Young (USA), and Avison Young – Northern California filed a Motion to Dismiss on October 31, 2014 ("Motion to Dismiss"), and a hearing was set initially for December 11, 2014 at 1:30 pm in Courtroom 5, 17th Floor, San Francisco.  (Dkt. No. 30).

2. Defendants Millennium, Wynne, and Rayburn filed a Motion to Stay on October 31, 2014 ("Motion to Stay"), and a hearing was set initially for December 11, 2014 at 1:30 pm in Courtroom 5, 17th Floor, San Francisco.  (Dkt. No. 33).

3. The initial deadline for Plaintiffs to respond to both the Motion to Dismiss and the Motion to Stay was November 14, 2014.  On November 17, 2014, the Court granted a joint stipulation to reset the response date to November 24, 2014.  (Dkt. No. 38).  The Court also reset subsequent deadlines as follows:

    a.    December 11, 2014 - deadline for Defendants Avison Young (Canada), Avison Young (USA), and Avison Young – Northern California to reply to Plaintiffs' response to the Motion to Dismiss (10 day extension).

    b.    December 11, 2014 - deadline for Defendants Millennium, Wynne, and Rayburn to reply to Plaintiffs' response to the Motion to Stay (10 day extension).

    c.    January 15, 2015 at 1:30 pm - hearing for both the Motion to Dismiss and the Motion to Stay in Courtroom 5, 17th Floor, San Francisco.

    d.    January 29, 2015 at 9:30 AM, Courtroom 5, 17th Floor, San Francisco – Case Management Conference.

4. In lieu of responding to the Motion to Dismiss, Defendants agreed to a proposal by Plaintiffs to file and serve a Second Amended Complaint ("SAC") by December 19, 2014. Defendants Avison Young (Canada), Avison Young (USA), and Avison Young – Northern California were no longer required to file a reply by December 11, 2014.

5. Defendants responded to the SAC on January 9, 2015.

6. Defendants filed their reply to their Motion to Stay on December 11, 2014.

7. The Court reset the Case Management Conference from January 29, 2015 to February 26, 2015 on January 12, 2015.

8. The Court granted Defendants' Motion to Stay ("Order on the Motion to Stay") on January 14, 2015 pending the Colorado trial court issuing an order on the question of the enforceability of the forum selection clauses in the iCORE contracts.  (Dkt. No. 50).

9. On January 15, 2015, the Court reset the Case Management Conference from February 26, 2015 to June 11, 2015.

10. On June 8, 2015, the Court reset the Case Management Conference for October 22, 2015.  (Dkt. No. 53.)

11. On September 2, 2015, the Court reset the Case Management Conference for November 9, 2015.  (Dkt. No. 56)

12. On September 23, 2015, a status conference was held in the Colorado state court case. The state court scheduled an evidentiary hearing regarding the remanded issue for November 24, 2015.  The parties are to submit written argument following the hearing after which the Colorado state court will decide the remanded issue.

13. In light of the Colorado state court's scheduling of the evidentiary hearing for November 24, 2015, the Court reset the Case Management Conference for February 11, 2016.

14. In response to a Notice of Continuance filed by iCORE Global and Samantha Mueting on November 23, 2015, the Colorado state court took the hearing, originally scheduled for November 24, 2015, off of its docket.  The hearing will be rescheduled.

15. In light of the Colorado state court's recent actions, the Parties hereby stipulate to resetting the date of the February 11, 2016 Case Management Conference and extending that date for

at least another sixty days, subject to the Court's approval.

16. Resetting the date of the Case Management Conference will not have an adverse effect on the case schedule as the case is currently stayed.

17. The parties agree that Plaintiffs and Defendants are not waiving any available defenses, arguments, or motions by entering into this stipulation.

IT IS SO STIPULATED.

Dated: February 1, 2016

CARR & FERRELL LLP

By    /s/ Robert J. Yorio
      Robert J. Yorio
      Bryan J. Boyle
      Marcus H. Yang

Attorneys for Plaintiffs
iCORE GLOBAL, LLC, and
SAMANTHA MUETING

Dated: February 1, 2016

GORDON & REES LLP

By    /s/ Andrew D. Castricone
      Andrew D. Castricone

Attorneys for Defendants
AVISON YOUNG (CANADA), INC., AVISON YOUNG (USA), INC., and AVISON YOUNG - NORTHERN CALIFORNIA, LTD.

Dated: February 1, 2016

PERKINS COIE, LLP

By    /s/ David P. Chiappetta
      David P. Chiappetta

Attorneys for Defendants
MILLENNIUM COMMERCIAL ADVISORS, LLC, ALEC WYNNE, AND
JUSTIN RAYBURN

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories.

By    /s/ Robert J. Yorio

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, THE CASE MANAGEMENT CONFERENCE IS RESET FROM FEBRUARY 11, 2016 TO April 14, 2016 at 9:30 a.m.

IT IS SO ORDERED.

Dated: 2/8/2016



Honorable
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen