| | |
|---|---|
| ROBERT J. YORIO (SBN 93178) | ANDREW D. CASTRICONE (SBN 154607) |
| CARR & FERRELL LLP | GORDON & REES LLP |
| 120 Constitution Drive | 275 Battery Street, Suite 2000 |
| Menlo Park, California 94025 | San Francisco, California 94111 |
| Telephone: (650) 812-3400 | Telephone No.: (415) 986-5900 |
| Facsimile: (650) 812-3444 | Facsimile No.: (415) 986-8054 |
| Email Address: yorio@carrferrell.com | Email Address: acastricone@gordonrees.com |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| iCORE Global, LLC, iCG-Denver, LLC and Samantha Mueting | Avison Young (Canada), Inc., Avison Young (USA), Inc. and Avison Young - Northern California, Ltd. |

DAVID P. CHIAPPETTA (SBN 172099)
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone No.: (415) 344-7000
Facsimile No.: (415) 344-7050
Email Address: DChiappetta@perkinscoie.com

Attorneys for Defendants
Millennium Commercial Advisors, LLC,
Alec Wynne and Justin Rayburn

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| iCORE GLOBAL, LLC, and SAMANTHA MUETING,<br><br>Plaintiffs,<br><br>v.<br><br>MILLENNIUM COMMERCIAL ADVISORS, LLC, AVISON YOUNG (CANADA) INC., AVISON YOUNG (USA) INC., AVISON YOUNG – NORTHERN CALIFORNIA, LTD., ALEC WYNNE, and JUSTIN RAYBURN,<br><br>Defendants. | CASE NO. 3:14-cv-03393-EMC<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT** ; ORDER<br><br>DATE: April 12, 2016<br>TIME: 9:30 a.m.<br>CRTRM: 5, 17th Floor<br>JUDGE: Honorable Edward M. Chen |

Pursuant to the Court's Minute Order of March 16, 2016, Plaintiffs iCORE Global, LLC ("iCORE") and Samantha Mueting (collectively, "Plaintiffs") and Defendants Millennium Commercial Advisors, LLC ("Millennium"), Avison Young (Canada) Inc. ("Avison Young

(Canada)"), Avison Young (USA) Inc. ("Avison Young (USA)"), Avison Young – Northern California, Ltd. ("Avison Young – Northern California"), Alec Wynne ("Wynne"), and Justin Rayburn ("Rayburn") (collectively, "Defendants") submit their Joint Case Management Conference Statement.

## PROCEDURAL HISTORY

1. The Court granted Defendants' Motion to Stay ("Order on the Motion to Stay") on January 14, 2015 pending the Colorado trial court issuing an order on the question of the enforceability of the forum selection clauses in the iCORE contracts. (Dkt. No. 50)

2. On January 15, 2015, the Court reset the Case Management Conference from February 26, 2015 to June 11, 2015. (Dkt. No. 51)

3. On June 8, 2015, the Court reset the Case Management Conference for October 22, 2015. (Dkt. No. 53)

4. On September 2, 2015, the Court reset the Case Management Conference for November 9, 2015. (Dkt. No. 56)

5. On September 23, 2015, a status conference was held in the Colorado state court case. The state court scheduled an evidentiary hearing regarding the remanded issue for November 24, 2015. The parties were to submit written argument following the hearing after which the Colorado state court will decide the remanded issue.

6. In light of the Colorado state court's scheduling of the evidentiary hearing for November 24, 2015, this Court reset the Case Management Conference for February 11, 2016. (Dkt. No. 58)

7. On February 8, 2016, the Court reset the Case Management Conference for April 14, 2016 (Dkt. 61), and on March 16, 2016, the Court reset the Case Management Conference for April 12, 2016 (Dkt. 62)

## CURRENT STATUS

Colorado counsel has advised parties that the evidentiary hearing in the Colorado action is now set for May 23, 2016 (trailing) with a contingent date of July 1, 2016. The parties are agreeable to resetting the date of the Case Management Conference to accommodate the conclusion of the

pending motion in the Colorado action.  The parties to the Colorado action are no longer planning to file separate written submissions following the hearing.  Resetting the date of the Case Management Conference will not have an adverse effect on the case schedule in this action as the case is currently stayed.

Dated: April 7, 2016                                                      CARR & FERRELL LLP


By   /s/ Robert J. Yorio
         Robert J. Yorio

Attorneys for Plaintiffs
iCORE GLOBAL, LLC
and SAMANTHA MUETING


Dated: April 7, 2016                                                      PERKINS COIE, LLP


By   /s/ David P. Chiappetta
         David P. Chiappetta

Attorneys for Defendants
MILLENNIUM COMMERCIAL ADVISORS, LLC, ALEC WYNNE and JUSTIN RAYBURN


Dated: April 7, 2016                                                      GORDON & REES LLP


By   /s/ Andrew D. Castricone
         Andrew D. Castricone

Attorneys for Defendants
AVISON YOUNG (CANADA), INC., AVISON YOUNG (USA), INC. and AVISON YOUNG - NORTHERN CALIFORNIA, LTD.

```
IT IS SO ORDERED that the CMC is reset from 4/12/16
to 7/21/16 at 9:30 a.m.  A joint CMC statement shall
be filed by 7/14/16.
_____
Edward M. Chen
U. S. District Judge
```

-3-

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories.

By _____/s/ Robert J. Yorio_____