1  ROBERT J. YORIO (SBN 93178)
   CARR & FERRELL LLP
2  120 Constitution Drive
   Menlo Park, California 94025
3  Telephone: (650) 812-3400
   Facsimile:  (650) 812-3444
4  Email Address:  yorio@carrferrell.com

5  Attorneys for Plaintiffs
   iCORE Global, LLC, iCG-Denver, LLC
6  and Samantha Mueting

7
   DAVID P. CHIAPPETTA (SBN 172099)
8  PERKINS COIE LLP
   505 Howard Street, Suite 1000
9  San Francisco, California 94105
   Telephone No.: (415) 344-7000
10 Facsimile No.:  (415) 344-7050
   Email Address:  DChiappetta@perkinscoie.com
11
   Attorneys for Defendants
12 Millennium Commercial Advisors, LLC,
   Alec Wynne and Justin Rayburn

ANDREW D. CASTRICONE (SBN 154607)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, California 94111
Telephone No.: (415) 986-5900
Facsimile No.:   (415) 986-8054
Email Address:  acastricone@gordonrees.com

Attorneys for Defendants
Avison Young (Canada), Inc., Avison Young
(USA), Inc. and Avison Young - Northern
California, Ltd.

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15               SAN FRANCISCO DIVISION

16

17 iCORE GLOBAL, LLC, and SAMANTHA          CASE NO. 3:14-cv-03393-EMC
   MUETING,
18                                          **JOINT CASE MANAGEMENT
               Plaintiffs,                  CONFERENCE STATEMENT**
19
          v.                               **DATE:      July 21, 2016**
20                                         **TIME:      9:30 a.m.**
   MILLENNIUM COMMERCIAL                    **CRTRM:    5, 17th Floor**
21 ADVISORS, LLC, AVISON YOUNG             **JUDGE:    Honorable Edward M. Chen**
   (CANADA) INC., AVISON YOUNG
22 (USA) INC., AVISON YOUNG –
   NORTHERN CALIFORNIA, LTD.,
23 ALEC WYNNE, and JUSTIN RAYBURN,

24             Defendants.

25

26      Plaintiffs iCORE Global, LLC ("iCORE") and Samantha Mueting (collectively, "Plaintiffs")

27 and Defendants Millennium Commercial Advisors, LLC ("Millennium"), Avison Young (Canada)

28 Inc. ("Avison Young (Canada)"), Avison Young (USA) Inc. ("Avison Young (USA)"), Avison

Young – Northern California, Ltd. ("Avison Young – Northern California"), Alec Wynne ("Wynne"), and Justin Rayburn ("Rayburn") (collectively, "Defendants") submit their Joint Case Management Conference Statement.

## PROCEDURAL HISTORY

1.      The Court granted Defendants' Motion to Stay ("Order on the Motion to Stay") on January 14, 2015 pending the Colorado trial court issuing an order on the question of the enforceability of the forum selection clauses in the iCORE contracts.  (Dkt. No. 50)

2.      On January 15, 2015, the Court reset the Case Management Conference from February 26, 2015 to June 11, 2015.  (Dkt. No. 51)

3.      On June 8, 2015, the Court reset the Case Management Conference for October 22, 2015.  (Dkt. No. 53)

4.      On September 2, 2015, the Court reset the Case Management Conference for November 9, 2015.  (Dkt. No. 56)

5.      On September 23, 2015, a status conference was held in the Colorado state court case. The state court scheduled an evidentiary hearing regarding the remanded issue for November 24, 2015.  The parties were to submit written argument following the hearing after which the Colorado state court will decide the remanded issue.

6.      In light of the Colorado state court's scheduling of the evidentiary hearing for November 24, 2015, this Court reset the Case Management Conference for February 11, 2016. (Dkt. No. 58)

7.      On February 8, 2016, the Court reset the Case Management Conference for April 14, 2016 (Dkt. 61), on March 16, 2016, the Court reset the Case Management Conference for April 12, 2016 (Dkt. 62), and on April 8, 2016, the Court reset the Case Management Conference for July 21, 2016. (Dkt. 64)

## CURRENT STATUS

Colorado counsel has advised parties that the evidentiary hearing in the Colorado action has now been continued to August 30, 2016, a date confirmed by the parties and their counsel.  The parties are agreeable to resetting the date of the Case Management Conference to accommodate the

conclusion of the pending motion in the Colorado action.  The parties to the Colorado action are no longer planning to file separate written submissions following the hearing.  Resetting the date of the Case Management Conference will not have an adverse effect on the case schedule in this action as the case is currently stayed.

Dated: July 8, 2016                                CARR & FERRELL LLP


                                                   By _____/s/ Robert J. Yorio_____
                                                          Robert J. Yorio

                                                   Attorneys for Plaintiffs
                                                   iCORE GLOBAL, LLC
                                                   and SAMANTHA MUETING


Dated: July 8, 2016                                PERKINS COIE LLP


                                                   By _____/s/ David P. Chiappetta_____
                                                          David P. Chiappetta

                                                   Attorneys for Defendants
                                                   MILLENNIUM COMMERCIAL ADVISORS,
                                                   LLC, ALEC WYNNE and JUSTIN RAYBURN


Dated: July 8, 2016                                GORDON & REES LLP


                                                   By _____/s/ Andrew D. Castricone_____
                                                          Andrew D. Castricone

                                                   Attorneys for Defendants
IT IS SO ORDERED THAT the                          AVISON YOUNG (CANADA), INC., AVISON
CMC is reset from 7/21/16 to                       YOUNG (USA), INC. and AVISON YOUNG -
9/29/16 at 9:30 a.m.  An updated                   NORTHERN CALIFORNIA, LTD.
joint CMC statement shall be filed
by 9/22/16

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-3-

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories.


By      /s/ Robert J. Yorio