UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICORE GLOBAL, LLC, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>AVISON YOUNG (CANADA) INC., et al.,<br><br>    Defendants. | Case No. 14-cv-03393-EMC<br><br>**ORDER RE MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**<br><br>Docket No. 80 |

Counsel for Plaintiffs have filed a motion to withdraw as counsel. Having reviewed the motion, the Court hereby orders as follows.

1. Counsel for Plaintiffs shall immediately serve a copy of the motion to withdraw and supporting papers on Plaintiffs.

2. Counsel for Plaintiffs shall immediately notify Plaintiffs of the new hearing date and time. Notice shall be provided both orally and in writing.

3. Counsel for Plaintiffs shall immediately notify Plaintiffs that (1) if the motion to withdraw is granted, then the entity plaintiff (iCORE Global, LLC) must obtain an attorney to represent it under the Civil Local Rules of this District, *see* Civ. L.R. 3-9(b) (providing that "[a] corporation, unincorporated association, partnership, or other such entity may appear only through a member of the bar of this Court"), and that (2) if no representation is obtained, then Defendants may seek dismissal of iCORE's claims based on failure to prosecute. Notice shall be provided both orally and in writing.

///

///

///

4. Counsel for Plaintiffs shall file and serve a declaration certifying compliance with each part of this order. The declaration shall be filed within a week of the date of this order.

**IT IS SO ORDERED**.

Dated: November 3, 2017

_____
EDWARD M. CHEN
United States District Judge