UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICORE GLOBAL, LLC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AVISON YOUNG (CANADA) INC., et al.,<br><br>    Defendants. | Case No. 14-cv-03393-EMC<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE** |

Previously, the Court granted Plaintiffs' counsel's motion to withdraw as counsel. Because the Court allowed counsel to withdraw, Ms. Mueting must now prosecute this case as an individual, and iCORE Global, LLC must now find an attorney to represent it in order to prosecute this action. *See* Civ. L.R. 3-9(b) ("A corporation, unincorporated association, partnership or other such entity may appear only through a member of the bar of this Court."). Since the withdrawal of counsel, neither Ms. Mueting nor iCORE has made an appearance in this case.

Accordingly, the Court hereby orders as follows.

1. Ms. Mueting is ordered to show cause as to why this case should not be dismissed without prejudice for failure to prosecute. Ms. Mueting's response shall be filed no later than February 12, 2018. If no response is filed by that date, then her claims shall be dismissed without prejudice.

2. iCORE is ordered to show cause as to why this case should not be dismissed without prejudice for failure to prosecute. iCORE's response shall be filed no later than February 12, 2018. If no response is filed by that date, then its claims shall be dismissed without prejudice. In addition, as noted above, iCORE must have an attorney to represent it in this case. Thus, a failure to obtain counsel will also ultimately result in dismissal for failure to prosecute.

Plaintiffs' former counsel, Messrs. Yorio and Boyle, are directed to serve a copy of this order to Plaintiffs and file proof of service of such.

**IT IS SO ORDERED**.

Dated: December 15, 2017

_____
EDWARD M. CHEN
United States District Judge