1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6

7  ICORE GLOBAL, LLC, et al.,                          Case No. 14-cv-03393-EMC

8                          Plaintiffs,

9          v.                                           AMENDED ORDER TO SHOW CAUSE
                                                        RE FAILURE TO PROSECUTE
10  AVISON YOUNG (CANADA) INC., et al.,

11                         Defendants.

12

13          Previously, the Court granted Plaintiffs' counsel's motion to withdraw as counsel.

14  Because the Court allowed counsel to withdraw, Ms. Mueting must now prosecute this case as an

15  individual, and iCORE Global, LLC must now find an attorney to represent it in order to prosecute

16  this action. *See* Civ. L.R. 3-9(b) ("A corporation, unincorporated association, partnership or other

17  such entity may appear only through a member of the bar of this Court.").  Since the withdrawal of

18  counsel, neither Ms. Mueting nor iCORE has made an appearance in this case.

19          Accordingly, the Court hereby orders as follows.

20          1.      Ms. Mueting is ordered to show cause as to why this case should not be dismissed

21  without prejudice for failure to prosecute.  Ms. Mueting's response indicating how she intends to

22  proceed with this case shall be filed no later than February 12, 2018.  If no response is filed by that

23  date, then her claims shall be dismissed without prejudice.

24          2.      iCORE is ordered to show cause as to why this case should not be dismissed

25  without prejudice for failure to prosecute.  iCORE's response shall be filed no later than February

26  12, 2018.  If no response is filed by that date, then its claims shall be dismissed without prejudice.

27  In addition, as noted above, iCORE must have an attorney to represent it in this case.  Thus, a

28  failure to obtain counsel will also ultimately result in dismissal for failure to prosecute.

Plaintiffs' former counsel, Messrs. Yorio and Boyle, are directed to serve a copy of this order to Plaintiffs and file proof of service of such.

**IT IS SO ORDERED**.

Dated: December 15, 2017

_____
EDWARD M. CHEN
United States District Judge